UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE AYCO COMPANY, L.P.,                :       Case No. 1: 10-CV-1213 (GLS/DRH)
                                       :
                    Plaintiff,         :
        -against-                      :       STIPULATION
                                       :       OF DISMISSAL
BRIAN D. FELDMAN,                      :       **WITH PREJUDICE**
                                       :
                    Defendant.         :
-------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff The Ayco Company, L.P., and for defendant Brian D. Feldman, who are the only parties to appear in this action ("the Parties"), that the Parties have entered into a settlement agreement and pursuant to that agreement the Parties hereby stipulated that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action is hereby discontinued and dismissed, with prejudice and without costs or attorney's fees to either of the Parties as against the other.

Dated: March 8, 2011                           Dated: March 7, 2011

Brian F. Mumford, Esq.                         Louis M. Lagalante, Esq.
Bar Roll No. 102235                            Bar Roll No.: 106767 (Pro Hac Vice)
Cahill/Wink Law Firm                           Gallagher, Harnett & Lagalante LLP
60 Railroad Place                              380 Lexington Avenue, Suite 2120
Suite 202                                      New York, New York 10168
Saratoga Springs, New York 12866               Telephone: (212) 983-9700
Telephone: (518) 584-1991
Email: brian.mumford@cahillwink.com            E-mail: llagalante@ghl-ny.com

*Attorney for Plaintiff*                       *Attorneys for Defendant*

So Ordered this ___ day of March, 2011.

Hon. Glenn T. Suddaby, U.S. District Judge